**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0859-CV-W-DW |
| | ) | |
| DAVID JOHNSON and | ) | |
| LUCILLE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has filed a Notice of Dismissal with Prejudice (Doc. 4). Defendants have not

filed a response in the above-styled cause of action. Accordingly, in conformity with Rule 41 of

the Federal Rules of Civil Procedure, Plaintiff's Complaint seeking declaratory judgment is

DISMISSED *with prejudice*. The fees and costs associated with this action shall be borne by the

parties individually.

 

 

/s/ DEAN WHIPPLE
Date: December 13, 2006                                 Dean Whipple
                                                                     United States District Court